IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00583-WYD-MEH

JOLENE WHITLOCK,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

---

### ORDER OF DISMISSAL

---

    In accordance with Plaintiff's Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 21, 2015 (ECF No. 9), it is

    ORDERED that this case is **DISMISSED WITH PREJUDICE**.

    Dated:  April 21, 2015

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge